Case # CV 08 0901
Magistrate Judge Maria-Elena James

March 3, 2008

CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of February 2008, I delivered a true and accurate copy of the complaint, exhibits, and the summons to the following parties or counsel via Certified Mail, at the following addresses:

1. Civil Process Clerk, United States Attorney's Office, Northern District of California, 450 Golden Gate Ave, San Francisco, CA 94102
2. Michael B. Mukasey, US Attorney General, US Department of Justice, 950 Pennsylvania Ave., N.W., Washington, D.C. 20530-0001
3. Paul E. Novak, Director of USCIS Vermont Service Center, US Department of Homeland Security, US Citizenship and Immigration Services, 75 Lower Welden Street, St. Albans, VT 05479-0001
4. Evelyn Upchurch, Director of USCIS Texas Service Center, US Department of Homeland Security, US Citizenship and Immigration Services, P.O. Box 851488, Mesquite, TX 75185-1488
5. Miachael Chertoff, Secretary of the Department of Homeland Security, Office of the General Counsel, US Department of Homeland Security, Washington, D.C. 20528
6. Emilio T. Gonzalez, Director of US Citizenship and Immigration Services (USCIS), Office of the General Counsel, US Department of Homeland Security, Washington, D.C. 20528
7. Robert S. Mueller, III, Director of FBI, Office of the General Counsel, Federal Bureau of Investigation, 935 Pennsylvania Ave. N.W., Washington, D.C., 20535-0001

Hongtao Shi
**PRO SE**
8670 Camino Colegio APT. 110
Rohnert Park, CA 94928
Phone (H): 707-793-9342
Phone (O): 707-664-2013
Email: hongtao.shi@sonoma.edu

**SENDER: COMPLETE THIS SECTION**

- Complete Items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery 2-76-8

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Civil process clerk
U.S. Attorney's office
Northern District of CA
450 Golden gate Ave.
San Francisco, CA 94102

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7007 1490 0003 0120 9988

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITES POSTAL SERVICE

|||||

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Hongtao Shi
8670 Camino Colegio Apt. 110
Rohnert Park, CA 94928

- Complete Items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
FEB 2 0 2008

1. Article Addressed to:

Michael B. Mukasey
U.S. Attorney General
U.S. Dept. of Justice
950 Pennsylvania Ave. N.W.
Washington, D.C. 20530-0001

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7007 1490 0003 0120 9995

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Hongtao Shi
8670 Camino Colegio Apt. 110
Rohnert Park, CA 94928

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete Items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Paul E. Novak<br>Director of USCIS Vermont Service Center<br>U.S. Dept. of Homeland Security<br>U.S. Citizenship and Immigration Services<br>75 Lower Welden St.<br>St. Albans, VT 05479-0001 | D. Is delivery address different from Item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 1490 0003 0121 0007 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Hongtao Shi
8670 Camino Colegio Apt. 110
Rohnert Park, CA 94928

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  J. MAYBERRY    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): TSC/CIS
C. Date of Delivery: 02/20/200

1. Article Addressed to:

Evelyn Upchurch
Director of USCIS Texas Center
U.S. Dept. of Homeland Security
U.S. Citizenship and Immigration Service
P.O. Box 851488
Mesquite, TX 75185-1488

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7007 1490 0003 0320 9438

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Hongtao Shi
8670 Camino Colegio Apt. 110
Rohnert Park, CA 94928