1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169

7  Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HONGTAO SHI, | ) |
| | ) No. C 08-0901 MEJ |
| Plaintiff, | ) |
| | ) |
| v. | ) **STIPULATION TO DISMISS AND** |
| | ) **[PROPOSED] ORDER** |
| MICHAEL CHERTOFF, Secretary of the | ) |
| Department of Homeland Security, et al., | ) |
| | ) |
| Defendants. | ) |

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Plaintiff and Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Further, Plaintiff, appearing *pro se,* and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status applications (Form I-485).

///

///

///

//

Parties' Consent and Stp to Dismiss
C08-0901 MEJ                                1

1 | Each of the parties shall bear their own costs and fees.

2 | Dated: April 14, 2008      Respectfully submitted,

3 | JOSEPH P. RUSSONIELLO
United States Attorney

4

5 |         /s/
ILA C. DEISS

6 | Assistant United States Attorney
Attorneys for Defendants

7

8

9 | Dated: April 10, 2008      /s/
HONGTAO SHI

10 | *Pro se*

11

12

13 | **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

14

15

16 | Date:
MARIA-ELENA JAMES

17 | United States Magistrate Judge

18–28

Parties' Consent and Stp to Dismiss
C08-0901 MEJ      2

# CERTIFICATE OF SERVICE

**Hongtao Shi v. Michael Chertoff**
**C 08-0901 MEJ**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following document(s):

**Stipulation to Dismiss and [Proposed] Order**

to be served this date upon the party(ies) as follows:

✓ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

___ **PERSONAL SERVICE (BY MESSENGER)** I caused such envelope to be delivered by hand to the person or offices of each addressee below.

___ **FACSIMILE (FAX)** Telephone No.:_____ I caused each such document to be sent by facsimile to the person or offices of each addressee below.

___ **FEDERAL EXPRESS**

___ **CERTIFIED MAIL**

___ **BY E-MAIL** I caused each such document to be sent by e-mail to the person or offices of each addressee below.

to the party(ies) addressed as follows:

Hongtao Shi, Pro Se
8670 Camino Colegio, Apt. 110
Rohnert Park, CA 94928

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 16, 2008 at San Francisco, California.

_____/s/_____
CAROL E. WEXELBAUM
Legal Assistant