1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7124
     FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                         UNITED STATES DISTRICT COURT

10                       NORTHERN DISTRICT OF CALIFORNIA

11                            SAN FRANCISCO DIVISION

12 HONGTAO SHI,                              )
                                             ) No. C 08-0901 MEJ
13                 Plaintiff,                )
                                             )
14         v.                                ) **STIPULATION TO DISMISS AND**
                                             ) **[PROPOSED] ORDER**
15 MICHAEL CHERTOFF, Secretary of the        )
   Department of Homeland Security, et al., )
16                                           )
                 Defendants.                 )
17 _____ )

18     In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Plaintiff and

19 Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge

20 conduct any and all further proceedings in the case, including trial, and order the entry of a final

21 judgment.

22     Further, Plaintiff, appearing *pro se,* and Defendants, by and through their attorneys of record,

23 hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the

24 adjudication of Plaintiff's adjustment of status applications (Form I-485).

25 ///

26 ///

27 ///

28 //

Parties' Consent and Stp to Dismiss
C08-0901 MEJ                                        1

1 | Each of the parties shall bear their own costs and fees.

2 | Dated: April 14, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

           /s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Dated: April 10, 2008

           /s/
HONGTAO SHI
*Pro se*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: April 17, 2007

MARIA-E...
United Sta...

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Maria-Elena James]*

Parties' Consent and Stp to Dismiss
C08-0901 MEJ    2